UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re:
Alyssa S. Peterson, Debtor                    :    Chapter 13
                                                   Case No. 10-23429

August 22, 2018

**FILED**
2018 AUG 22 P 2: 33
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

## NOTICE OF FILING OF INVOLUNTARY CHAPTER 7

The Chapter 13 Debtor Alyssa S. Peterson ("Debtor") is noticing this Court (Nevins, J.) that she and another Judgment Creditor, Hanson Guest Esq., have filed an Involuntary Chapter 7 case in Hartford bankruptcy court, as against the Debtor Hannah Woldeyohannes. Creditor Guest had a debt that was intentionally omitted from bankruptcy schedules and never corrected by either Woldeyohannes or her attorney, the Law Offices of Patrick W. Boatman LLC. The state court judgment debts of both Peterson and Guest occurred prior to January 2011 and are non-dischargeable pursuant to Judgment at **ECF 32**, U.S. Bankruptcy Court, District of Connecticut, Hartford Division of *Tracy Hope Davis, United States Trustee for Region 2, Plaintiff, v. Hannah Woldeyohannes, Defendant*, Adversary Proc. No. 12-2021, **ECF 32**, and **ECF 55** in Case #11-20003, *In Re: Woldeyohannes, Hannah, Debtor*, attached. The debts owed are approximately $194,000.00 and the new Chapter 7 case is #18-21369, attached.

The petitioner creditors will be seeking appointment of their own trustee due to problems with the U.S. Trustee office of Kim McCabe and her trustees. This non-affiliated trustee is expected to pursue cash and property that continue to be conveyed away, despite prior repeated complaint to two Trustees associated with the New Haven U.S. Trustee office or directly to McCabe herself and two female attorneys affiliated with her office. Some of these fraudulently conveyed sums should have been received NUNC PRO TUNC in this Chapter 13 case.

1

Hopefully, this non-affiliated trustee can pursue the prior assets as well as new assets and together with a new judge, set the stage for some fresh perspective and collection action.

Respectfully submitted,

_____
Alyssa Peterson, Debtor Pro Se
297 Grandview Terrace
Hartford, CT  06114
Cell:  (860) 490-0895
email:  alyssa.peterson@att.net

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent electronically via email this 21st day of August 2018:

| | |
|---|---|
| Roberta Napolitano, Chapter 13 Trustee<br>10 Columbus Blvd<br>Hartford CT 06103 | Kim McCabe, Regional Trustee<br>150 Court Street, Room 302<br>New Haven, CT  06510 |

_____
Alyssa Peterson

2